NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SMYTHE, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO. CV 15-4801-R<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FROM TWITTER |

      Before the Court is Plaintiff's Motion to Compel Compliance with Subpoena, which was filed on October 20, 2015. (Dkt. No. 23). This Court took the matter under submission on November 10, 2015.

      Rule 45 of the Federal Rules of Civil Procedure authorizes the issuance of a subpoena commanding a non-party to attend and testify; produce designated documents, electronically stored information, or tangible things in that non-party's possession, custody or control; or permit the inspection of premises. Fed. R. Civ. P. 45(a)(1)(A)(iii). The scope of discovery through a Rule 45 subpoena is the same that applies to the other discovery rules. Fed. R. Civ. P. 45 Advisory Committee's Notes (1970).

1   The proper venue to bring a motion to compel compliance with a subpoena is in "the
2   district where compliance is required." Fed. R. Civ. P. 45(d)(2)(B)(i); *see Music Grp. Macao*
3   *Commercial Offshore Ltd.*, 82 F. Supp. 3d 979, 984 (N.D. Cal. 2015). Unlike Plaintiff's many
4   other subpoena compliance motions, the subpoena issued against non-party Twitter was modified
5   to change the place of production from Beverly Hills, CA to San Francisco, CA. San Francisco,
6   CA is in the Northern District of California. Should Plaintiff still wish to compel compliance with
7   her subpoena against Twitter, it must do so in the Northern District of California
8   **IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Compliance with
9   Subpoena is DENIED. (Dkt. No. 23).
10  Dated: November 17, 2015.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE